*Eustis* for the under tutor.

---

*PRITCHARD* vs. *HAMILTON.*

The notary's certificate should state in what post-office he put the notice

The supreme court cannot give a judgment which the judge *a quo* could not give.

There cannot be a non-suit after a general verdict.

APPEAL from the court of the third district.

PORTER, J. delivered the opinion of the court. The defendant is sued as endorser of a promissory note. On the trial, evidence of notice of protest was presented under the certificate of a notary. Many objections were made to its introduction, the court overruled

them, and admitted the paper, but at the same time told the jury, that without further proof it was not sufficient evidence of notice. Of this opinion was the jury, and the court having rendered a judgment conformable to their verdict, the plaintiff appealed.

Eastern Dist.
Feb'ary,1828.

PRITCHARD
vs.
HAMILTON.

The certificate is defective in not stating the post office in which it was put. That point has been already decided in this court. The plaintiff failing to give any other evidence, the jury did not err in the conclusion they drew from the proof before them, nor the court in rendering judgment thereon. *Vol. 4. n. s. 125. Laporte* v. *Landry.*

We have been pressed to give a judgment of nonsuit. But this court cannot on appeal give a judgment which the court below could not. It was settled in the cases of *Chetodeau's heirs,* vs. *Dominguez,* and *Abat* vs. *Rion* that a judgment of nonsuit could not be pronounced after a general verdict. The code of practice has made no change in this jurisprudence. *7th Martin,* 490, 567.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Eustis* for the plaintiff, *Hennen* for the defendant.